**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LOBE SCIENCES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF MIAMI, <br><br> Defendant. | Case No. 1:23-cv-20288 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff LOBE SCIENCES, LTD., and Defendant UNIVERSITY OF MIAMI hereby stipulate to the dismissal of all claims against UNIVERSITY OF MIAMI in this action, with prejudice, with all parties to bear their own costs and fees.

This stipulation of dismissal may be executed in counterparts, each of which shall be deemed an original and shall bind the signatories thereto.

| | |
|---|---|
| **GIBBONS P.C.** <br> 2054 Vista Parkway <br> Suite 400 <br> West Palm Beach, FL 33411 <br> Phone: (561) 537-7600 <br> Fax: (561) 584-6875 <br><br> By: /s/ Philip W. Crawford <br> Philip W. Crawford, Esq. <br> Florida Bar No. 99361 <br> pcrawford@gibbonslaw.com <br><br> *Counsel for Plaintiff, Lobe Sciences, Ltd.* | **ISICOFF RAGATZ** <br> 601 Brickell Key Drive, Suite 750 <br> Miami, Florida 33131 <br> Tel: (305) 373-3232 <br> Fax: (305) 373-3233 <br><br> By: /s/ Catherine A. Mancing <br> Eric D. Isicoff <br> Florida Bar No. 372201 <br> Isicoff@irlaw.com <br> Teresa Ragatz <br> Florida Bar No. 545170 <br> Ragatz@irlaw.com <br> Catherine A. Mancing <br> Florida Bar No. 23765 <br> Mancing@irlaw.com <br><br> *Counsel for Defendant, University of Miami* |

## **CERTIFICATE OF SERVICE**

    I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF this 27th day of June, 2023, upon counsel of record.


                                                */s/    **Philip W. Crawford**__*
                                                Philip W. Crawford